be modified by requiring the plaintiff to pay into court, within ten days, for the use of the defendant, the sum tendered, with interest thereon from the date of the tender, and also by striking out the award of costs to the plaintiff, in which case the judgment, as so modified, is affirmed without costs to either party.

---

JULIA B. FELLOWS, AS EXECUTRIX, ETC., OF EPHRAIM W. FELLOWS, DECEASED, RESPONDENT, *v.* FRANCES LONGYOR, APPELLANT, IMPLEADED WITH OTHERS.

Judgment affirmed on the opinion delivered by BARKER, J., at Special Term, with costs of the appeal to the respondent.

---

SHERMAN J. ROSE, AS ASSIGNEE, ETC., RESPONDENT, *v.* JOHN J. MELDRAM, AS SHERIFF, ETC., APPELLANT.

Judgment reversed and new trial ordered, costs to abide event.

Opinion by SMITH, J.

---

ENOS A. TOLES, APPELLANT, *v.* EDGAR A. GARDNER, HENRY W. GARDNER AND GEORGE GARDNER, RESPONDENTS.

Judgment affirmed.

Opinion by SMITH, J.

---

DANIEL V. THOMAS, SURVIVING EXECUTOR, ETC., OF WARD-WELL GREEN, DECEASED, RESPONDENT, *v.* LORENZO F. FREEMAN AND LOREN G. PECK, APPELLANTS.

Judgment affirmed, with costs, on opinion of DANIELS, J., delivered at Special Term.

---

GEORGE C. CARTER, APPELLANT, *v.* EMILY P. BECKWITH, AS ADMINISTRATRIX, ETC., RESPONDENT.

Judgment reversed and new trial ordered, costs to abide event.